United States District Court
District Of Maine

| | | |
|---|---|---|
| Danielle Beauchemin,<br><br>Plaintiff,<br><br>v.<br><br>Kennebec County Emergency Management Agency; Scott Ferguson; Cynthia Ferguson; Christine Brawn; and Art True,<br><br>Defendants. | ) | Docket No. 1:25-cv-00651-KFW |

**Stipulation of Dismissal**

Under Fed. R. Civ. P 41(a)(1)(A)(ii), counsel for all parties to this action stipulate to the dismissal of this action with prejudice and without attorney's fees or costs to any party.

Date: October 16, 2026

Respectfully submitted,

/s/ Braden A. Beard
Braden A. Beard
Kassandra S. Fotiadis
Ryan M. Schmitz
Johnson, Webbert & Beard, LLP
1 Bowdoin Mill Island, Ste 300
Topsham, ME 04086
(207) 623-5110
bbeard@work.law
kfotiadis@work.law
rschmitz@work.law

*Attorneys for Plaintiff*

/s/ Peter T. Marchesi
Peter T. Marchesi
Michael D. Lichtenstein
Wheeler & Arey, P.A.
27 Temple Street
Waterville, ME 04901
peter@wheelerlegal.com
mlichtenstein@wheelerlegal.com
(207) 660-9201

/s/ John J. Wall, III
John J. Wall, III
Monaghan Leahy, LLP

2 Monument Square, Ste. 401
Portland, ME 04112
Jwall@monaghanleahy.com
(207) 774-3906

*Attorneys for Defendants*